UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                          :
VALERIE DICKS,                          :
                                          :
                         Plaintiff,       :
                                          :          22-CV-6808 (VSB)
                -against-            :
                                          :             **ORDER**
ALFWEAR INC.,                      :
                                          :
                         Defendant.     :
                                          :
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on August 10, 2022, (Doc. 1), and filed an affidavit of service on September 13, 2022, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was October 3, 2022. (*See* Doc. 5.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than October 31, 2022. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     October 17, 2022
             New York, New York

                                                                    VERNON S. BRODERICK
                                                                    United States District Judge